ROBERTUS F. TROY, Respondent, *v.* RUTLAND RAILROAD COMPANY, Appellant.

*Appeal — frivolous exceptions.*

Reported below, 191 App. Div. 932.

(Submitted June 7, 1920; decided June 11, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 5, 1920, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the

exceptions were frivolous and presented no question of law for review.

*John T. Norton* for motion.

*Jarvis P. O'Brien* opposed.

Motion denied, with ten dollars costs.